# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

In the Matter of the Search of
Stepping Out Addictions Treatment, Inc.
and Behavioral Management Associates, Inc.

Mag Case #  05mj57-PB

## S E A L E D   O R D E R

I hereby recuse myself due to the appearance by  Peter Anderson, Esq. from McLane, Graf, Raulerson & Middleton, who is from my previous law firm.     The case is reassigned to  Judge Paul Barbadoro.


SO ORDERED.


June 17, 2005                                  _____

James R. Muirhead
U.S. Magistrate Judge

cc:   Mark Irish, Esq.
Peter Anderson, Esq.