UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>In the Matter of the Search of</u>
<u>Stepping Out Addictions Treatment, Inc.</u>
<u>and Behavioral Management Associates, Inc.</u>

            Mag Case #  05mj57-PB

S E A L E D   O R D E R

  I hereby recuse myself due to the appearance by Peter Anderson, Esq. from McLane, Graf, Raulerson & Middleton, who is from my previous law firm. The case is reassigned to Judge Paul Barbadoro.

  SO ORDERED.

June 17, 2005             /s/ James R. Muirhead
                 James R. Muirhead
                 U.S. Magistrate Judge

cc: Mark Irish, Esq.
   Peter Anderson, Esq.